UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

V.                                                          2:11-CR-175

RICHARD JENKINS

REPORT AND RECOMMENDATION

On April 15, 2013, U.S. Probation and Pretrial Services Officer Brendon Pierpaoli filed a report recommending that the court revoke the defendant's bond because he violated several of the conditions. The court held a hearing on April 17, 2013, and found that the defendant violated the terms of his release by driving with a suspended license, failing to report this incident to his pretrial services officer, and testing positive for marijuana during a random drug test. The defendant admitted to these incidents and told the pretrial services officer that he used marijuana daily for the two weeks preceding his drug test. Because of these violations, this court RECOMMENDS that the defendant's bond be revoked and for the defendant to begin serving his sentence immediately.

ENTERED this 17th day of April, 2013

/s/ Andrew P. Rodovich

United States Magistrate Judge