**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No.: 2:11-CR-175 |
| | ) | |
| RICHARD JENKINS | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Rodovich regarding the Defendant's violation of the conditions of his release and the revocation of his bond. No objections have been filed to Magistrate Judge Rodovich's report and recommendation. Accordingly, the Court now **ADOPTS** that report and recommendation. It is hereby **ORDERED** that the Defendant be transferred to from the custody of the U.S. Marshal to the custody of the Bureau of Prisons to begin serving the 33-month sentence imposed by the Court in the Amended Judgment of March 12, 2013, with credit for time served while in the custody of the U.S. Marshal since April 15, 2013.

**SO ORDERED.**

ENTERED: May 30, 2013

s/ Philip P. Simon<br>
PHILIP P. SIMON, JUDGE<br>
UNITED STATES DISTRICT COURT